Nicholas P. Roxborough, Esq. (SBN 113540)
Burton E. Falk, Esq. (SBN 100644)
**ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP**
5820 Canoga Avenue, Suite 250
Woodland Hills, California 91367
Telephone:(818) 992-9999
Facsimile: (818) 992-9991

Attorneys for Plaintiff
ST. MARY MEDICAL CENTER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ST. MARY MEDICAL CENTER, a California Non-Profit Public Benefit corporation, <br><br> Plaintiff, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA AND A SUBSIDIARY OF AMERICAN INTERNATIONAL GROUP, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.:  EDCV10-350 DOC(DTBx) <br><br> **ORDER RE REVISED STIPULATED PROTECTIVE ORDER** <br><br> Filing Date: March 8, 2010 |

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

The [Proposed] Revised Stipulated Protective Order executed by the parties shall be entered as an Order herein.

DATED:        September 17, 2010

_____

MAGISTRATE JUDGE DAVID T. BRISTOW
U.S. DISTRICT COURT